IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Case No: 2:23-CR-030-ACA-SGC |
| | ) | |
| **MOHAMMAD SHAHID JENKINS** | ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Jake Watson, Assistant Federal Defender, Office of the Federal Public Defender for the Northern District of Alabama, and enters his notice on behalf of Defendant, Mohammad Shahid Jenkins, in the above-styled case.

This 8th day of February, 2023.

Respectfully submitted,

KEVIN L. BUTLER
Federal Defender

**/s/Jake Watson**
Jake Watson
Assistant Federal Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
205-208-7170
Jake_Watson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/Jake Watson**