STYLE: **U.S. v. MOHAMMAD S. JENKINS**      CASE NUMBER: **23-CR-00030-ACA-SGC-2**

FILED
2023 Dec-19 PM 05:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBITS – Sentencing Hearing**      12/19/23

PLAINTIFF –
UNITED STATES OF AMERICA

GOVERNMENT –
George Martin, AUSA

DEFENDANT –
Mohammad S. Jenkins

DEFENSE COUNSEL –
Jake Watson

COURT- L. Scott Coogler, presiding

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | 12/19 | | | | | | | 12/19 | V.R. - East Gym (MP4) |
| | 2 | 12/19 | | | | | | | 12/19 | V.R. - Infirmary Inpatient (MP4) |
| | 3 | 12/19 | | | | | | | 12/19 | D.H. - Dorm X and Y Corridor Hallway (MP4) |
| | 4 | 12/19 | | | | | | | 12/19 | D.H. - Infirmary Hallway (MP4) |
| | 5 | 12/19 | | | | | | | 12/19 | D.H. - West Hallway (MP4) |
| | 6 | 12/19 | | | | | | | 12/19 | D.H. - East Gym (MP4) |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |